AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Ramondo Williams<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No.<br>6:22-mj- 1702 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 12, 2022__ in the county of __Orange__ in the __Middle__ District of __District__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a firearm by a convicted felon. |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Robert Palfrey, Special Agent, HSI
*Printed name and title*

Sworn to before me via Zoom and signed by me
pursuant to Fed.R.Crim. P. 4.1 and 4(d)

Date: 07/13/2022

City and state: Orlando, FL

_____
*Judge's signature*

Embry J. Kidd, U.S. Magistrate Judge
*Printed name and title*

STATE OF FLORIDA                           CASE NO. 6:22-mj- 1702

COUNTY OF ORANGE

## AFFIDAVIT IN SUPPORT OF THE ISSUANCE OF A CRIMINAL COMPLAINT

I, Robert Palfrey, first being duly sworn, does hereby depose and state the following:

1.  I am a Special Agent (SA) with the Department of Homeland Security, Homeland Security Investigations (HSI). I am currently assigned to the HSI Orlando, Florida office. My present duties include, in part, conducting criminal investigations into violations of federal laws pertaining to financial investigations and narcotics importation investigations. I have been a SA with HSI since 2006. I have received extensive training at the Federal Law Enforcement Training Center and elsewhere in airport operations, border search authority, narcotics smuggling techniques, possession of a weapon by convicted felon, and controlled deliveries. I have participated in investigations of violations of various state and federal criminal laws, including unlawful possession of a firearm by a convicted felon, unlawful possession with intent to distribute controlled substances, importation of controlled substances, conspiracy to import, posses, and distribute controlled substances, and money laundering, all in violation of Title 21 and Title 18 of the United States Code. Prior to my employment with HSI, I was a Customs and Border Protection (CBP) Officer. On the basis of my training and experience in conducting drug investigations, I have become familiar with the manner in which drug traffickers and drug trafficking organizations operate. I am familiar with drug dealers and drug

organizations possess firearms as part of their operations. I have led and participated in investigations involving felons in possession of firearms and have become knowledgeable with these investigations. I have led and participated in these investigations which have resulted in the arrest of individuals who have unlawfully possessed a firearm as a convicted felon. These investigations have also resulted in seizures of firearms.

2. This affidavit is made in support of an application for a criminal complaint charging Ramondo WILLIAMS with a violation of 18 U.S.C. § 922(g)(1), possession of a firearm and ammunition affecting commerce by a convicted felon.

3. I am familiar with all the facts and circumstances surrounding this investigation as set forth herein, from my own investigative efforts, as well as from information obtained from other law enforcement officers, with personal knowledge of the evidence and activities described herein.

4. I have not included in the affidavit each and every fact known to me about the matters set forth herein, but only those facts and circumstances that I believe are sufficient to establish probable cause for this court to authorize an arrest warrant for WILLIAMS.

## PROBABLE CAUSE

5. On or about July 12, 2022, HSI Special Agents received information from the Winter Park Police Department (WPPD) that WILLIAMS was stopped for a violation of Florida traffic law for window tint. WILLIAMS was driving a 2022 Silver Toyota Camry, bearing Florida tag# NFZT70, determined to be a rental

vehicle from SIXT Rent-A-Car (unknown who the holder of the rental agreement is at this time). HSI agents were notified because WILLIAMS is a convicted felon who was in possession of a firearm and a large quantity of controlled substances.

6. WPPD Officer K. Burkhart attempted to conduct the traffic stop of WILLIAMS, who was the sole occupant of the rental car as it was traveling westbound on Monroe Avenue in the City of Winter Park. Officer Burkhart activated the emergency lights on his marked police vehicle and thereafter, WILLIAMS refused to stop and fled at a high rate of speed.

7. Officer Burkhart followed in the direction of travel that WILLIAMS fled and discovered that WILLIAMS was involved in a traffic crash at the intersection of E. Kennedy Boulevard and West Avenue, in the City of Eatonville. The crash occurred approximately one-half of a mile from the initial location of the attempted traffic stop.

8. When officers approached the traffic crash, WILLIAMS was observed exiting the front passenger door due to the driver's side door being impacted during the crash. As WILLIAMS exited the vehicle, Officer Burkhart observed WILLIAMS carrying a black backpack.

9. WILLIAMS attempted to flee on foot, westbound from the traffic crash, but was apprehended nearby in the area of 426 E. Kennedy Ave., Eatonville, Florida. While officers were securing WILLIAMS, he was heard yelling at bystanders to, "get it out of the car."

10. Inside the black backpack carried by WILLIAMS, officers located approximately one kilogram of suspected marijuana, 8 grams of suspected MDMA, a box of plastic sandwich baggies commonly used to package and distribute illicit drugs, and $23,133 in U.S. currency.

11. Officers conducted a search of the vehicle and discovered a tan, FN, model FNX-45 tactical, .45 caliber, handgun, serial number FX3U070533, between the driver's seat and the center console. The weapon was loaded with a bullet in the chamber and 14 bullets in the magazine. The weapon was readily accessible and was not in a holster.




*Photo of the weapon as it was recovered in the vehicle, wedged between the driver seat and the center console.*

12. The .45 caliber handgun was reported stolen out of Winter Park, Florida. Agents with the Bureau of Alcohol, Tobacco, Firearms, and Explosives

confirmed that it was manufactured by FN America (branded FNH USA) in South Carolina. Therefore, the firearm recovered from the vehicle driven by WILLIAMS traveled in and therefore affected interstate commerce.

13. I reviewed a National Crime Information Center (NCIC) query on WILLIAMS. The query resulted that WILLIAMS has an extensive record and was adjudicated guilty and served prison terms for the listed felony offenses:

   a. **Possession of Cocaine**, Orange County, Florida, sentenced to 3 years imprisonment on October 20, 2004;

   b. **Trafficking in Cocaine**, Orange County, Florida, sentenced to 3 years imprisonment on October 20, 2004;

   c. **Felon in Possession of a Firearm**; Orange County, Florida, sentenced to 3 years imprisonment on April 7, 2017.

14. WILLIAMS has been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year as listed above. As a result, WILLIAMS is a prohibited person from possessing a firearm or ammunition that affected interstate or foreign commerce, in violation of 18 U.S.C. § 922(g)(1).

15. Based upon the number of his felony convictions and the length of time that he served in prison for those convictions, it is reasonable to conclude that WILLIAMS was aware that he was a prohibited person at the time he possessed the firearm in this case.

## CONCLUSION

16. Based upon the foregoing, I respectfully submit that there is probable cause to believe that Ramondo WILLIAMS was in violation of 18 U.S.C. § 922(g)(1).

```
_____
Robert Palfrey
Special Agent
Homeland Security Investigations
```

Affidavit submitted by email and attested
to me as true and accurate by Zoom conference
consistent with Fed. R. Crim. P. 4.1 and 41(d)(3)
this 13 day of July, 2022.

_____
EMBRY J. KIDD
United States Magistrate Judge

BY: ☒ COMPLAINT ☐ INFORMATION ☐ INDICTMENT

MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

**OFFENSE CHARGED**

Possession of a firearm by a convicted felon.

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

U.S. vs. **Ramondo WILLIAMS**

Address   Orlando, Florida 32808

Birth Date   xx-xx-1981   (Optional unless a juvenile)

☒ Male ☐ Female ☐ Alien

SSN: xxx-xx-1494   FBI No.   unknown

Place of Offense   U.S.C. Citation
Orlando, Florida   18 U.S.C. § 922(g)(1)

............................DEFENDANT................................
**IS *NOT* IN CUSTODY**

................................. PROCEEDING ....................................
Name of Complainant Agency, or Person (& Title, if any)

Robert Palfrey, Special Agent
Homeland Security Investigations

1) ☐ Has not been arrested, pending outcome this proceeding
   If not detained give date any prior summons }
   was served on above charges

☐ person is awaiting trial in another Federal or State Court, give name of court:

2) ☐ Is a Fugitive

☐ this person/proceeding is transferred from another district per FRCrP
   ☐ 20, ☐ 21 or ☐ 40. Show District:

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☒ On this charge – USMS

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
                              DOCKET NO.
☐ U.S. Attorney   ☐ Defense

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State
   If answer to (6) is "Yes", show name of institution:

Booking No.

Has detainer ☐ Yes } If "Yes"
been filed? ☐ No  } give date filed:
                    Mo.         Day         Year

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s)   MAGISTRATE CASE NO.
before U.S. Magistrate regarding
this defendant were recorded under ▸

DATE OF
ARREST   07-12-2022

Or... if arresting Agency & Warrant were not Federal
                    Mo.         Day         Year

Name and Office of Person
Furnishing information on This Form

DATE TRANSFERRED
TO U.S. CUSTODY ▸

ROGER B. HANDBERG   ☒ U.S. Attorney   ☐ Other U.S. Agency

☐ This report amends AO 257 previously submitted

Name of Asst. U.S. Attorney   Robert E. Bodnar, Jr.

---

**ADDITIONAL INFORMATION OR COMMENTS**

METHOD OF SERVICE:   RECOMMENDED BOND:   Will there be a defendant or witness in custody? ☒ Yes   ☐ No
Warrant                None

DEFENSE COUNSEL:

☐ (AP) Appointed
☐ (FD) Federal Public Defender
☐ (PS) Pro Se
☐ (RE) Retained
☐ (TB) To be Appointed

OCDETF Case   ☐ Yes ☒ No                                        Start Date: _____

Gang Member:   ☐ Yes ☒ No   If Yes, gang affiliation: _____

| Statutes: | Counts: | Penalty Provisions: | Maximum Penalties: |
|---|---|---|---|
| 18 U.S.C. § 922(g)(1) | One | 18 U.S.C. § 924(a)(2) | NMT 10 yrs' BOP; NMT $250,000 Fine; NMT 3 yrs' S/R; $100 S/A |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| RAMONDO WILLIAMS | ) Case No. 6:22-mj- |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* RAMONDO WILLIAMS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1).

Date: 07/13/2022

*Issuing officer's signature*

City and state: Orlando, Florida    EMBRY J. KIDD, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: RAMONDO WILLIAMS
Known aliases:
Last known residence: 1213 N. Hudson Street, Orlando, Florida 32808
Prior addresses to which defendant/offender may still have ties:

Last known employment:
Last known telephone numbers:
Place of birth:
Date of birth: 02/21/1981
Social Security number: 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
Height:                                          Weight:
Sex: Male                                        Race: African-American
Hair:                                            Eyes:
Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:
Complete description of auto:

Investigative agency and address: Homeland Security Investigations

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: